IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SONIA FIGUEROA, | : | |
| Plaintiff, | : | CIVIL ACTION |
| v. | : | |
| | : | |
| MERRITT HOSPITALITY, LLC, et al., | : | |
| Defendants. | : | No. 11-1807 |

**O R D E R**

**AND NOW**, this 21st day of September, 2011, upon consideration of Defendants' Partial Motion to Dismiss Plaintiff's First Amended Complaint (Docket No. 20) and Plaintiff Sonia Figueroa's opposition thereto (Docket No. 22), it is hereby **ORDERED** that the Motion is **GRANTED**.  Count III of Plaintiff's First Amended Complaint is **DISMISSED with prejudice**.

BY THE COURT:


S/Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE